253 So.2d 212

**Marshall LAIRD et ux.**

v.

**TRAVELERS INSURANCE COMPANY.**

No. 51727.

Oct. 18, 1971.

In re: Marshall Laird and State Farm Mutual Automobile Insurance Company, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Allen. 251 So.2d 73.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

253 So.2d 213

**Marshall LAIRD et ux.**

v.

**TRAVELERS INSURANCE COMPANY.**

No. 51744.

Oct. 18, 1971.

In re: Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Allen. 251 So.2d 73.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.